UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON EARL BARRETT,

Plaintiff,

v.

SAN FRANCISCO CITY, et al.,

Defendants.

Case No. 26-cv-07062-RS (PR)

**ORDER OF DISMISSAL**

The Court takes judicial notice that mail sent by the Court to plaintiff in another action was returned as undeliverable more than 60 days ago. *Barrett v. Deering*, 26-cv-04003-RS. The address in the present action is the same as that in the other action. Accordingly, this federal civil rights action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 28, 2026

RICHARD SEEBORG
United States District Judge